IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 08 17 |
| | ) | |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1), 841(b)(1)(B), |
| | ) | and 846 |
| BENJAMIN B. BENIGNO | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about February 17, 2008, in the District of Rhode Island, the Defendant, BENJAMIN B. BENIGNO, did knowingly and intentionally manufacture and attempt to manufacture marijuana, a Schedule I Controlled Substance, which offense involved 100 or more marijuana plants, contrary to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), in violation of 21 U.S.C. § 846.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

SANDRA R. BECKNER
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
OCDETF Chief
Assistant U.S. Attorney

Dated: March 5, 2008