AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: CR08-17T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Benjamin Benigno

I certify that I am admitted to practice in this court.

3-11-08
Date

Signature

Edward C. Roy Jr. 3029
Print Name Bar Number

10 Weybosset Street, Ste. 300
Address

Providence, RI 02903
City State Zip Code

401-528-4281 401-528-4285
Phone Number Fax Number