AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

BENJAMIN B. BENIGNO
05/10/79

## WARRANT FOR ARREST

CASE NUMBER: CR 08-17T

RECEIVED
U.S. MARSHALS SERVICE
MAR 0 5 2008
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BENJAMIN B. BENIGNO
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Manufacture and Attempt to Manufacture Marijuana

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(B) and 846

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

March 5, 2008, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ, returned to ACI | | |
| DATE RECEIVED 03/05/08 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 03/11/08 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.