# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR08-17T***

*To:* *WARDEN*
*ACI*
*CRANSTON, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **BENJAMIN BENIGNO**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **3:00 o'clock p.m.**, on the **11th** day of **March, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring before the court
the within named defendant,
on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: March 6, 2008.

David A. DiMarzio, Clerk

ARRAIGNMENT

*by _____/S/ Jeannine Noel_____________*
***Jeannine Noel - Deputy Clerk***