UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 08-17 T

BENJAMIN BENIGNO :

**MOTION TO CONTINUE TRIAL**

NOW comes the defendant, Benjamin Benigno, and, through counsel, requests that the court continue his trial for a period of thirty (30) days until the court's June of 2008 trial calendar. In support of this motion, defense counsel states that the continuance is requested to afford counsel additional time to investigate this case and to discuss a potential plea with the defendant. The government has no objection to the requested thirty (30) day continuance.

The ends of justice served by this request outweigh the interest of both the government and the defendant in a speedy trial, pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A).

STEVEN DeFREITAS,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I caused a copy of the within to be served upon Sandra R. Beckner, AUSA on the 8th day of April, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire