UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 08-017 T

BENJAMIN BENIGNO :

# MOTION TO CONTINUE

NOW comes the defendant, Benjamin Benigno, and moves to continue this case until the court's July of 2008 trial calendar. Defense counsel requests the continuance to allow for the evaluation of a plea agreement offered by the government. The government has no objection to the proposed continuance.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of this request outweigh the interests of the government and the defendant in a speedy trial.

BENJAMIN BENIGNO,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300\
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

# CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Sandra R. Beckner, AUSA on the 20th day of May, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire