UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 08-017 T

BENJAMIN BENIGNO :

AMENDED MOTION TO CONTINUE

NOW comes the defendant, Benjamin Benigno, and moves to continue the trial of this matter from the court's June of 2008 trial calendar to the court's September of 2008 trial calendar. In support of this motion defense counsel states that the defense is pursuing an investigation of a motion to suppress. In addition, the defendant and the government have engaged in plea negotiations. It is expected that those negotiations will be ongoing. The government has no objection to this motion.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), the interests of the government and the defendant in a speedy trial are outweighed by the interests served by the granting of this motion, which will allow both the investigation of a motion to suppress and the negotiation of a possible plea.

BENJAMIN BENIGNO,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300\
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within Motion to Continue to be served upon Sandra R. Beckner, AUSA on May 30, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Jr., Esq.