IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 25 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 08-017T |
| | ) | |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1), 841(b)(1)(B), |
| | ) | and 846 |
| BENJAMIN B. BENIGNO | ) | |

SUPERSEDING INDICTMENT

The Grand Jury charges that:

COUNT I

On or about February 17, 2008, in the District of Rhode Island, the Defendant, BENJAMIN B. BENIGNO, did knowingly and intentionally manufacture and attempt to manufacture marijuana, a Schedule I Controlled Substance, which offense involved 100 or more marijuana plants, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

SANDRA R. BECKNER
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
OCDETF Chief
Assistant U.S. Attorney

Dated: 6/25/08

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☒ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Atty ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): SANDRA R. BECKNER

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration/Newport PD

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. CR08-017T

Place of offense: RHODE ISLAND County

CASE NO. CR08-17T SUPERSEDING

USA vs.

Defendant: Benjamin B. Benigno

FILED

Address

☐ Int

Birth Date 5

REDACTED

ble)

Social S

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ____________

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 21 USC Sections 841(a)(1), (b)(1)(B) & 846 | KNOWINGLY & INTENTIONALLY MANUFACTURE & | ☒ Felony ☐ Misdemeanor |
| | PENALTIES: 5 to 40 years imprisonment; | ATTEMPT TO MANUFACTURE MARIJUANA, A | ☐ Felony ☐ Misdemeanor |
| | $2,000,000 fine; at least 4 years supervised | SCHEDULE I CONTROLLED SUBSTANCE | ☐ Felony ☐ Misdemeanor |
| | release; $100 mandatory special assessmt. | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |