UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 08-017 T

BENJAMIN BENIGNO :

MOTION FOR LEAVE TO FILE MEMORANDUM
IN RESPONSE TO GOVERNMENT'S RESPONSE

NOW comes the defendant, Benjamin Benigno, and moves that the court grant him leave to file a memorandum of law which responds to the government's response which was filed on July 10, 2008. Defense counsel respectfully requests that he be allowed to file the memorandum ten (10) days subsequent to the conclusion of the hearing on the pending motion to suppress.

BENJAMIN BENIGNO,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Sandra R. Beckner, AUSA by way of ECF case filing on July 21, 2008.

/s/ Edward C. Roy, Esquire