UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 08-017T

BENJAMIN BENIGNO

**ORDER GRANTING DEFENDANT'S MOTION TO FILE REPLY MEMORANDUM**

Benjamin Benigno has filed a motion for leave to file a memorandum in reply to the government's opposition to Benigno's previously filed motion to suppress physical evidence. Without any explanation, Benigno requests that he be allowed to file the memorandum ten (10) days subsequent to the hearing on the pending motion to suppress.

Benigno's motion is granted to the extent that he may file a reply memorandum. However, if he chooses to do so, the memorandum is to be filed within ten (10) days from the date of this order rather than ten (10) after the hearing.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge
Date: 7/30, 2008