UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR 08-17T |
| | ) | |
| BENJAMIN BENIGNO | ) | |

**GOVERNMENT'S MOTION TO CONTINUE**

The United States of America hereby moves for a continuance of the suppression hearing currently scheduled for September 10, 2008 at 10:00 a.m.. Counsel for the government will begin a trial in United States v. Gonzalez, 07-106, on September 8, 2008. Counsel for the government begins a second trial in United States v. Elvis Fortes, 08-35, on September 15, 2008. Accordingly, the government requests a continuance of the suppression hearing until at least September 22, 2008. The government believes that this time should be deemed excludable under the Speedy Trial Act.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ Sandra R. Beckner
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On this 5th day of September, 2008, I caused the Government's Motion to Continue to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward C. Roy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ Sandra R. Beckner
SANDRA R. BECKNER
Assistant U.S. Attorney
RI Bar #
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email sandy.beckner@usdoj.gov