UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 08-017 T

BENJAMIN BENIGNO :

DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO CONTINUE

The defendant does not object to the government's motion to continue the suppression hearing scheduled for September 10, 2008. The defendant seeks to present two witnesses at the hearing one of which resides in the State of Virginia. Defense counsel requests that the court schedule the hearing on a date that would allow the witness to testify before the court.

BENJAMIN BENIGNO,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300\
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within Motion to Continue to be served upon Sandra R. Beckner, AUSA onbSeptember 8, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Jr., Esq.