UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 08-017 T

BENJAMIN BENIGNO :

MOTION TO AUTHORIZE PAYMENT OF TRAVEL EXPENSES
OF DEFENSE WITNESS FOR TESTIMONY AT SUPPRESSION HEARING

______Now comes the defendant, Benjamin Benigno, and moves that this Honorable Court authorize the Office of the United States Attorney to pay for the travel expenses for a defense witness who is expected to testify at the suppression hearing scheduled in this case for September 24, 2008, Debora Scott. Mrs. Scott resides in the City of Chesapeake, Virginia. In view of the fact that Mr. Benigno is indigent, as evidenced by the financial affidavit he completed in this case, the Sixth Amendment right to compel the attendance of witnesses requires that the government pay for the travel expenses of Mrs. Scott, who is to be served with a subpoena on September 11 or 12. Defense counsel has researched this issue and has been informed that the Office of the United States Attorney is responsible for payment of expenses, however, out of an abundance of caution, given the relatively short period of time, fourteen (14) days, between today's date and the date of the hearing, counsel has elected to file a motion.

BENJAMIN BENIGNO,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that a copy of the within was served upon Sandra R. Beckner, AUSA on the 10th day of September, 2008 by way of ECF case filing and by way of facsimile to Gail James of the United States Attorney's office on September 10th, 2008.

/s/ Edward C. Roy, Esquire